UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| STEPHEN BAIN,<br>    Plaintiff | :<br>:<br>: |
| v. | :    File No. 1:06-CV-189<br>: |
| ROBERT HOFMANN,<br>VERMONT DEPARTMENT OF<br>CORRECTIONS, JANE DOES,<br>JOHN DOES, DR. JOHN HSU,<br>DR. PAUL KANG, KATHY LANMAN,<br>PAT LEWIS, DR. PAMELA PETERSON,<br>KEITH TALLON, SUSAN W. WEHRY,<br>CORRECTIONS MEDICAL SERVICES,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

TO:    Charles Remick, Superintendent
         Northeast Regional Correctional Facility
         1270 U.S. Route 5
         St. Johnsbury, VT 05819

You are hereby directed to have **Stephen Bain**, now in your custody, present at the United States Courthouse, 204 Main Street, Brattleboro, Vermont, on **Monday, February 1, 2010, at 10:30 a.m.**, for the purpose of a pretrial conference.

Dated at Brattleboro, in the District of Vermont, this 13th day of January, 2010.

                                              /s/ J. Garvan Murtha
                                              Honorable J. Garvan Murtha
                                              Senior United States District Judge

VACATED SEE P# 59